# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.  12-cr-00371-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

QUINCY GREEN,

        Defendant.

## ORDER

Pursuant to this Court's order of December 21, 2012 (Doc. No. 14), both parties in this case were ordered to provide a witness list, an exhibit list, stipulated jury instructions, proposed voir dire questions, and a certification that the parties have met in an effort to settle the litigation by 3:00 p.m. on January 30, 2013.  Both sides are in violation of that Order.

IT IS HEREBY ORDERED that both parties in this proceeding shall submit their witness list, exhibit list, stipulated jury instructions, proposed *voir dire* questions, and a certification that the parties have met in an effort to settle the litigation by <u>no later than 2:00 p.m. today</u>.  In addition, the parties shall explain why sanctions should not be imposed against them for failing to comply with the Court's previous order.

DATED:   January   31st  , 2013.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge