# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.  12-cr-00371-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

QUINCY GREEN,

       Defendant.

## MINUTE ORDER

**HONORABLE DAVID M. EBEL**

       A two-hour Sentencing Hearing has been scheduled in this matter for July 16, 2013, at 10:00 a.m.

       DATED:     June   20th   , 2013.